IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

GENE ATKINS,
          Plaintiff,

-vs-                                                 Case No. A-10-CA-515-SS

BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN and THE NFL SUPPLEMENTALDISABILITY PLAN,
          Defendants.

_____

GENE ATKINS,
          Plaintiff,

-vs-                                                 Case No. A-08-CA-651-SS

BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN and NFL SUPPLEMENTAL DISABILITY PLAN,
          Defendants.

_____

**O R D E R**

IT IS ORDERED that the above-styled case is SET FOR HEARING on status conference on July 23, 2010, at 2:00 p.m. in Courtroom No. 2, United States Courthouse, 200 West Eighth Street, Austin, Texas. The status conference may be conducted by telephone. The party making such request must confirm with other parties in the case and call Linda Mizell at 512/916-5230 to schedule.

SIGNED this the 19th day of July 2010.

                                                               */s/ Sam Sparks*
                                                  UNITED STATES DISTRICT JUDGE