RECEIVED
AUG 3 0 2010
CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

FILED
AUG 3 0 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| GENE ATKINS, § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | A 10 CA 515 SS |
| BERT BELL/PETE ROZELLE NFL § | |
| PLAYER RETIREMENT § | |
| PLAN AND THE NFL § | |
| SUPPLEMENTAL DISABILITY PLAN, § | |
| Defendants § | |

### WAIVER OF SERVICE OF SUMMONS

TO:  Jeffrey E. Dahl
     Harkins, Latimer & Dahl, P.C.
     405 N. St. Mary's St., Suite 242
     San Antonio, Texas 78205

I acknowledge receipt of your request that I waive service of summons in the action of Gene Atkins v. Bert Bell/Pete Rozelle NFL Player Retirement Plan and the NFL Supplemental Disability Plan in the United States District Court for the Western District of Texas, Austin Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objection based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after July 14, 2010, or within 90 days after that date if the request was sent outside the United States.

8/10/10
DATE

_[signature]_
SIGNATURE
(On behalf of the Disability Board,
Joint Board of Trustees for the NFL
Player Supplemental Disability Plan)

HISHAM M. AMIN
PRINTED NAME

(ON BEHALF OF BOTH DEFENDANTS, PLAN AND SUPPLEMENTAL PLAN)